UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20534-CR-UNGARO/SIMONTON

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**VIVENS DELORME, et al.,**

    Defendants.
_____/

### ORDER DENYING PENDING MOTIONS WITHOUT PREJUDICE

Presently pending before the Court are Defendant Vivens Delorme's Motion for Bill of Particulars (DE # 133), Motion for Order Directing FDC-Miami to Provide Defendant Access to Discovery and to His Investigator (DE # 141), Motion to Exclude Autopsy Evidence (DE # 142), and Motion to Exclude Evidence Concerning Defendant's Past Criminal Activity (DE # 154). The Honorable Ursula Ungaro, the United States District Judge assigned to this case, referred all pretrial motions to United States Magistrate Judge John J. O'Sullivan and this case was reassigned to the undersigned United States Magistrate Judge pursuant to Administrative Order 2008-09 (DE # 78). Based upon a review of the record and for the reasons stated herein, Defendant's pending motions (DE ## 133, 141-42, 154) are DENIED WITHOUT PREJUDICE.

The pending pretrial motions that are the subject of this Order were filed by Defendant Vivens Delorme's original counsel, Paul Petruzzi, Esq., who was replaced by Terrance Lenamon, Esq. on December 30, 2008, due to a conflict of interest (DE # 175).[1]

---

[1] Mr. Lenamon's appointment was effective December 23, 2008, to permit a week-long period of overlapping representation to ensure that the replacement of counsel occurred in an orderly and efficient manner (DE # 175).

In addition, Eric Martin Cohen, Esq. was appointed as learned counsel to represent Defendant Delorme on January 23, 2009 (DE # 178).

Based upon the appointment of new counsel to represent Defendant Delorme, the undersigned concludes that it is appropriate to permit new counsel to review the matters raised in the pending motions; to consult with government counsel to resolve them, if possible; and to present additional arguments or authority with respect to those matters in re-filed motions, if necessary. It is, accordingly,

**ORDERED AND ADJUDGED** that Defendant Vivens Delorme's Motion for Bill of Particulars (DE # 133), Motion for Order Directing FDC-Miami to Provide Defendant Access to Discovery and to His Investigator (DE # 141), Motion to Exclude Autopsy Evidence (DE # 142), and Motion to Exclude Evidence Concerning Defendant's Past Criminal Activity (DE # 154) are **DENIED WITHOUT PREJUDICE** to re-file at the appropriate time, after consulting with government counsel in a good faith effort to resolve the issues raised therein.

**DONE AND ORDERED** in chambers in Miami, Florida on February 3, 2009.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Ursula Ungaro,
    United States District Judge
All counsel of record