**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 07-20534-CR-UNGARO**

UNITED STATES OF AMERICA,
         Plaintiff,

v.

VIVENS DELORME,
         Defendant.
_____/

**ORDER OF REFERENCE**

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the

Southern District of Florida, the above-captioned Cause is referred to United States Magistrate

Judge Simonton to take all necessary and proper action as required by law with respect to Sealed

Documents (D.E. 285–290), and any motions for extension or enlargement of time that relate to

such documents.  Pursuant to this referral order, it is also

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties

in this case to note that courtesy copies of all materials necessary to the resolution of the referred

matters shall be directed to the Magistrate Judge's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of January, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Magistrate Judge Simonton