**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 07-20534-CR-UNGARO(s)(s)**

**UNITED STATES OF AMERICA,**

vs.

**VIVENS DELORME,**

    **Defendant.**
_____/

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR CO-
DEFENDANTS' POST-ARREST STATEMENTS**

The United States of America, by and through the undersigned Assistant United States Attorney, submits this response to Vivens Delorme's motion for the post-arrest statements of Joshua Laing and Trimyko Munnings. Because (1) the Government has transmitted Mr. Munnings' post-arrest statements that it intends to introduce at trial to Mr. Delorme's trial counsel, see Federal Rule of Criminal Procedure Rule 16(a)(1)(E), (2) the Government does not intend to introduce the post-arrest statement of any other co-defendant at trial, and (3) 18 U.S.C. § 3500 applies to the disclosure all other co-defendants' post-arrest statements\*; the Court should deny Vivens Delorme's motion, without prejudice, as moot.

---

\* Counsel for Joshua Laing has expressed that Mr. Laing will enter a guilty plea. It is expected that 18 U.S.C. § 3500 will govern the disclosure of his post-arrest statement. Should Mr. Laing opt to proceed to trial, the undersigned promptly will provide Mr. Laing's post-arrest statement to counsel for Vivens Delorme.

Accordingly, the United States respectfully asserts that the Court should deny Vivens Delorme's motion, without prejudice, as moot.

        Respectfully submitted,

        JEFFREY H. SLOMAN
        UNITED STATES ATTORNEY

By: s/ Marcus A. Christian
     Assistant United States Attorney
     Court ID Number A5500914
     99 Northeast 4th Street
     Miami, Florida 33132-2111
     Tel: (305) 961-9401
     Fax: (305) 530-7976

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2009, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.


    s/ Marcus A. Christian
    Marcus A. Christian