UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20534-CR-UNGARO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

VIVENS DELORME, et al.,
    Defendant.
_____/

### ORDER REQUIRING APPEARANCE AT PRETRIAL CONFERENCE

THIS CAUSE is before the Court upon the Government's Motion for a Pretrial Conference pursuant to CIPA Section 2, filed January 29, 2010. (D.E. 315.) The Court has considered the motion and the pertinent portions of the record and is otherwise fully advised in the premises.

On February 3, 2010, the undersigned entered an Order granting the Government's Motion for Pretrial Conference and setting the conference for February 12, 2010 at 10:30 a.m. (D.E. 324.) In order to facilitate the Court's consideration of the issues raised in the Government's motion, the Court requires additional information from the Government. Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

If the Government has not received a determination regarding use authority for the information that is the subject of its Motion for Pretrial Conference by February 12, 2010, a representative from each government agency or department involved in making such determination shall appear at the pretrial conference on February 12, 2010 at 10:30 a.m.

DONE AND ORDERED in Chambers at Miami, Florida, this _5th_ day of February, 2010.

*Ursula Ungaro*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of record