UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20534-CR-UNGARO(s)(s)

UNITED STATES OF AMERICA,

v.

VIVENS DELORME and
TRIMYKO MUNNINGS,

    Defendants.
_____/

PROTECTIVE ORDER REGULATING DISCLOSURE OF
DISCOVERY AND SENSITIVE INFORMATION CONTAINED THEREIN

    The United States of America, having applied to this Court for a protective order regulating disclosure of the discovery materials and the sensitive information contained therein (the "Discovery") to defense counsel in connection with the government's discovery obligations, and the Court finding good cause therefore:

    IT IS HEREBY ORDERED that the government's Motion for Protective Order Regulating Disclosure of Discovery Information is **GRANTED**;

    IT IS FURTHER ORDERED that the government is authorized to disclose the Discovery in its possession that the government believes necessary to comply with the discovery obligations imposed by this Court;

    IT IS FURTHER ORDERED that counsel of record for each defendant shall hold the Discovery produced pursuant to this Order in strict confidence.  Therefore, defense counsel shall restrict access to the Discovery, and shall disclose the Discovery to their client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent that defense counsel believes is necessary to assist in the defense of their client in this matter;

    IT IS FURTHER ORDERED that counsel of record for each defendant shall advise any

person to whom the Discovery is disclosed that such information should be held in strict confidence and that further disclosure or dissemination is prohibited without defense counsel's express consent; and

IT IS FURTHER ORDERED that counsel of record for each defendant shall obtain a certification from each person to whom the Discovery is disclosed, in which the recipient; (a) acknowledges the restrictions set forth in this Protective Order, and (b) agrees that they will not disclose or disseminate the information without the express consent of defense counsel. Counsel shall keep a copy of each certification to identify the individuals who received the Discovery and the date on which such information was first disclosed.

IT IS FURTHER ORDERED that the defendants shall possess and inspect the discovery only in the presence of their counsel, and shall not retain the discovery documents outside the presence of their counsel.

DONE AND ORDERED in chambers at Miami, Florida, this ____ day of February, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Cc: All Counsel of Record