**CERTIFICATION**

I, _____, acknowledge that I have read the Court's Protective Order
      (Name of Recipient)

in the case of *United States v. Terlonge, et al.*, Case No.07-20534-CR-UNGARO(s)(s).  I also have been

advised by _____, that I will be viewing materials that contains sensitive
         (Name of Counsel)

information.  I also have been advised that such information should be held in strict confidence,

should only be used in connection with the investigation and trial preparation of this case and that

further disclosure, dissemination, or use is prohibited without defense counsel's express consent.


_____                          _____
Signature                                                                                       Date


-------------------------------------------------


I,_____, have provided _____ with a copy of the Court's
   (Name of Counsel)                                (Name of Recipient)

Protective Order.  I also have advised _____ of his/her obligations under this Order,
                                                           (Name of Recipient)

but he/she has refused to sign the above acknowledgment.


_____                          _____
Signature                                                                                       Date